# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

### OMNIBUS SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Brandon R. Jordan hereby withdraws his appearance as counsel of record for creditors in the bankruptcy cases listed on the attached Exhibit A, as he has resigned from the firm Robertson, Anschutz, Schneid, Crane & Partners, PLLC effective August 30, 2024.

Attorney Keith M. Yacko hereby enters his appearance as counsel of record for the same creditors in the cases listed on the attached Exhibit A and requests that he be placed on the mailing list of those creditors, parties in interest, and counsel who receive all notices in these proceedings.

Dated: August 30, 2024

By: **/s/ Keith M. Yacko**
Keith Yacko, Esquire
Keith M. Yacko, VSB #37854

By: **/s/ BRANDON R. JORDAN**
Brandon R. Jordan, Esquire
VSB No. 72170

Effective Date of Substitution: August 30, 2024


20-059003 - BrJ



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2024, I caused this Substitution of Counsel to be served through the Court's CM/ECF electronic filing system to the parties in the cases listed in the attached Exhibit A.

**/s/ BRANDON R. JORDAN**
Brandon R. Jordan, Esquire VA Bar No. 72170
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
Phone: 470-321-7112, ext. 52270
Fax: (240) 238-2767
Email: bjordan@raslg.com_

# EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| Jordan, Brandon R. (pty) (1 case) | [19-34574-KRH](#) | LeClairRyan PLLC | 7 | 09/03/19 | Attorney | N / A |
| Jordan, Brandon R. (aty) (797 cases) | [16-30080-KLP](#) | David Girard | 13 | 01/07/16 | N / A | N / A |
| | [16-34923-KLP](#) | Michael L. Radcliff and Robin M. Radcliff | 13 | 10/06/16 | N / A | N / A |
| | | | | | | |
| | [17-35415-KRH](#) | Courtney Darlene Ferrell | 13 | 10/30/17 | N / A | N / A |
| | [17-36066-KLP](#) | Brenda Enid Ocasio | 13 | 12/06/17 | N / A | N / A |
| | [17-36300-KRH](#) | Carlton Demetrias Arroyo-Richardson and Dionne Simmons Richardson | 13 | 12/21/17 | N / A | N / A |
| | [18-30848-KLP](#) | Cheryl Edwina Gaines and Earl Nathaniel Gaines | 13 | 02/22/18 | N / A | N / A |
| | [18-33689-KLP](#) | Richard J Anderson and Rebekah L Anderson | 13 | 07/19/18 | N / A | N / A |
| | [18-34329-KRH](#) | LaToya Danielle Thweatt | 13 | 08/24/18 | N / A | N / A |
| | [18-34358-KRH](#) | Pamela Sue Hill | 13 | 08/27/18 | N / A | N / A |
| | [18-34622-KRH](#) | Johnnie Lee White, Jr. and Lako Yvette White | 13 | 09/11/18 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 18-35037-KLP | Timothy Wayne Blankenship and Stacey Celia Blankenship | 13 | 10/05/18 | N / A | N / A |
| | 18-35049-KLP | Joseph Andrew Joback, II | 13 | 10/08/18 | N / A | N / A |
| | 18-35414-KRH | Bridget Denise Jones | 13 | 10/29/18 | N / A | N / A |
| | 18-35561-KRH | Stephany L. Riley | 13 | 11/05/18 | N / A | N / A |
| | 18-35676-KRH | Joshua Brandon and Kathryn Brandon | 13 | 11/12/18 | N / A | N / A |
| | 18-35929-KLP | Nicole Lee | 13 | 11/27/18 | N / A | N / A |
| | 18-36095-KLP | Christopher Ryan Munford and Summer Leigh Munford | 13 | 12/03/18 | N / A | N / A |
| | 18-36265-KRH | Tommy Leandrea Chavis | 13 | 12/13/18 | N / A | N / A |
| | 18-36318-KLP | Antonio Delray Jackson, Sr. and Traneka Richey Jackson | 13 | 12/17/18 | N / A | N / A |
| | 19-30228-KLP | Michael Anthony Johnson and Tisha Frances Johnson | 13 | 01/15/19 | N / A | N / A |
| | 19-30261-KLP | Glenda Harper Spurling | 13 | 01/17/19 | N / A | N / A |
| | 19-30336-KLP | Norma Alicia Benavides | 13 | 01/22/19 | N / A | N / A |
| | 19-30338-KRH | Lorenzo L. Parker and Shirley M. Parker | 13 | 01/23/19 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 19-30587-KRH | Ronald B. Quarrles | 13 | 02/04/19 | N / A | N / A |
| | 19-30609-KLP | Bonnie Jane Brown | 13 | 02/05/19 | N / A | N / A |
| | 19-30621-KLP | Hazel Oliver Jefferson | 13 | 02/05/19 | N / A | N / A |
| | 19-30746-KLP | Felicia P. Ellis | 13 | 02/13/19 | N / A | N / A |
| | 19-30759-KLP | Maxine J. Briggs | 13 | 02/13/19 | N / A | N / A |
| | 19-30846-KRH | Oliver B. Ly | 13 | 02/19/19 | N / A | N / A |
| | 19-30865-KRH | Jennifer D. Bayliss | 13 | 02/20/19 | N / A | N / A |
| | 19-30901-KRH | Bartolbus Lepaul Mann | 13 | 02/22/19 | N / A | N / A |
| | 19-30907-KLP | Freda Milford Atkins | 13 | 02/22/19 | N / A | N / A |
| | 19-31053-KLP | George Calvin Davis and Alfreda George | 13 | 03/01/19 | N / A | N / A |
| | 19-31103-KRH | Michael Anthony Wilkins | 13 | 03/04/19 | N / A | N / A |
| | 19-31144-KLP | Billy C. Bailey and Tabitha M. Bailey | 13 | 03/06/19 | N / A | N / A |
| | 19-31166-KLP | Nicole T. Barbour | 13 | 03/06/19 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 19-31412-KRH | Michael William DeLisi and Amanda Whitney DeLisi | 13 | 03/18/19 | N / A | N / A |
| | 19-31563-KLP | Curtiss D. Stancil | 13 | 03/25/19 | N / A | N / A |
| | 19-31761-KLP | Margaret Dechene Rogers | 13 | 04/02/19 | N / A | N / A |
| | 19-31771-KRH | Randell Malcolm Thomas, Sr and Regina Cooper Thomas | 13 | 04/02/19 | N / A | N / A |
| | 19-31780-KLP | LaDetra Versena Camp | 13 | 04/03/19 | N / A | N / A |
| | 19-31930-KRH | Gladys Mae McCowan | 13 | 04/10/19 | N / A | N / A |
| | 19-31931-KLP | Blanche Mae Thompson | 13 | 04/10/19 | N / A | N / A |
| | 19-32026-KRH | Dorgas Kafi McDonnough | 13 | 04/16/19 | N / A | N / A |
| | 19-32038-KLP | Russell Earl Minor and Carla Celestine Minor | 13 | 04/16/19 | N / A | N / A |
| | 19-32345-KLP | Deborah Elaine Childress | 13 | 05/02/19 | N / A | N / A |
| | 19-32351-KRH | Eugene James Randall, Jr. | 13 | 05/02/19 | N / A | N / A |
| | 19-32360-KLP | Elbert Fleming | 13 | 05/02/19 | N / A | N / A |
| | 19-32477-KLP | Milton Daniel McCowan and Emma Tyler McCowan | 13 | 05/09/19 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 19-32904-KRH | Henry Thomas Barnes and Nancy Ann Richardson-Barnes | 13 | 05/31/19 | N / A | N / A |
| | 19-32917-KRH | Henry S. Rosenbaum | 13 | 05/31/19 | N / A | N / A |
| | 19-32967-KLP | Kevin A Crump and Johnnetta M Crump | 13 | 06/04/19 | N / A | N / A |
| | 19-32980-KRH | Giuliana Teresa Brink | 13 | 06/04/19 | N / A | N / A |
| | 19-32995-KLP | Vincent Tyrone Harper and Annette Turner | 13 | 06/05/19 | N / A | N / A |
| | 19-33000-KRH | Dale O'Neal Feggins, Sr. and Marsha Reaves Feggins | 13 | 06/05/19 | N / A | N / A |
| | 19-33004-KLP | Angela Genise Irby | 13 | 06/05/19 | N / A | N / A |
| | 19-33044-KRH | Sylenna Kaye Byrd | 13 | 06/06/19 | N / A | N / A |
| | 19-33104-KLP | Andrew A. Lohrman | 13 | 06/11/19 | N / A | N / A |
| | 19-33237-KRH | Mildred Jane Talley | 13 | 06/19/19 | N / A | N / A |
| | 19-33255-KRH | Wayne Maurice Lewis and Gena Shawn Lewis | 13 | 06/19/19 | N / A | N / A |
| | 19-33260-KRH | Karen Lynn O'Neil | 13 | 06/19/19 | N / A | N / A |
| | 19-33300-KLP | Amy L Gant and John W Gant | 13 | 06/21/19 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 19-33358-KRH | Jeffery W. Johnson and Ethel A. Johnson | 13 | 06/25/19 | N / A | N / A |
| | 19-33423-KRH | Sophronia E. Morris | 13 | 06/28/19 | N / A | N / A |
| | 19-33454-KLP | Barbara Jean Moomau | 13 | 06/29/19 | N / A | N / A |
| | 19-33490-KLP | Linda Lee Magoon | 13 | 07/02/19 | N / A | N / A |
| | 19-33519-KRH | Renay Carroll Allen | 13 | 07/03/19 | N / A | N / A |
| | 19-33563-KRH | Shelynda Lavetta Colbert-Capers | 13 | 07/09/19 | N / A | N / A |
| | 19-33721-KRH | Holly A. Clary | 13 | 07/18/19 | N / A | N / A |
| | 19-33931-KRH | Ronald Dane Alley and Rose Marie Alley | 13 | 07/30/19 | N / A | N / A |
| | 19-33950-KLP | Sonja Hart-Walton | 13 | 07/31/19 | N / A | N / A |
| | 19-33974-KLP | Steven A. Genett and Kathleen A. Genett | 13 | 07/31/19 | N / A | N / A |
| | 19-33980-KLP | Jerry Lynn Poythress and Sylvia J Poythress | 13 | 07/31/19 | N / A | N / A |
| | 19-34004-KRH | Walter E Barrow and Patricia A Barrow | 13 | 08/01/19 | N / A | N / A |
| | 19-34055-KLP | Juanita Ann Daniels | 13 | 08/05/19 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 19-34080-KRH | Tawana Danielle Marshall | 13 | 08/06/19 | N / A | N / A |
| | 19-34081-KRH | Hyman Edward Thompson and Karen Shipley-Thompson | 13 | 08/06/19 | N / A | N / A |
| | 19-34146-KRH | Karen Michelle Hopkins | 13 | 08/09/19 | N / A | N / A |
| | 19-34198-KLP | Eboney Nicole Martin | 13 | 08/13/19 | N / A | N / A |
| | 19-34284-KLP | Andre Gerard Ridley and Veronica Lynne Ridley | 13 | 08/16/19 | N / A | N / A |
| | 19-34301-KLP | Keisha Latonya Winston | 13 | 08/19/19 | N / A | N / A |
| | 19-34402-KLP | Daniel Christian Tatum | 13 | 08/22/19 | N / A | N / A |
| | 19-34436-KRH | Courtney Demain Hall and Shereeta Yvette Hall | 13 | 08/25/19 | N / A | N / A |
| | 19-34445-KRH | Felicia Ann Howey | 13 | 08/26/19 | N / A | N / A |
| | 19-34515-KLP | Jeffrey Blake Johns and Dawn Welter Johns | 13 | 08/29/19 | N / A | N / A |
| | 19-34574-KRH | LeClairRyan PLLC | 7 | 09/03/19 | N / A | N / A |
| | 19-34747-KRH | Robert Alfredo Capocelli and Jennifer Lynn Capocelli | 13 | 09/12/19 | N / A | N / A |
| | 19-34797-KRH | Jeffery Donnell Hawkins | 13 | 09/16/19 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 19-34846-KLP | Tonya Toler Lewis | 13 | 09/17/19 | N / A | N / A |
| | 19-34872-KRH | Steven C. Weaver and Sonya B. Weaver | 13 | 09/18/19 | N / A | N / A |
| | 19-34923-KRH | Evan Nathan Dawson and Michelle Dawson | 13 | 09/20/19 | N / A | N / A |
| | 19-35040-KRH | Christopher Vincent Scott and Laura Ann Scott | 13 | 09/26/19 | N / A | N / A |
| | 19-35086-KLP | Carlos Alberto Perez | 13 | 09/27/19 | N / A | N / A |
| | 19-35144-KLP | Kathy Renee Sewell | 13 | 10/01/19 | N / A | N / A |
| | 19-35159-KRH | Linda Chambers Jenkins | 13 | 10/01/19 | N / A | N / A |
| | 19-35165-KLP | Ronald Lee Davis and Teresa Lee Davis | 13 | 10/01/19 | N / A | N / A |
| | 19-35208-KLP | Hazella Thornhill | 13 | 10/03/19 | N / A | N / A |
| | 19-35240-KLP | Madeline Regina Mackie | 13 | 10/04/19 | N / A | N / A |
| | 19-35272-KRH | Roy Leonard Ferguson and Doris Anderson Ferguson | 13 | 10/07/19 | N / A | N / A |
| | 19-35293-KRH | Rochelle Burns Anderson | 13 | 10/08/19 | N / A | N / A |
| | 19-35295-KRH | Kathleen M. Richio | 13 | 10/08/19 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | [19-35315-KRH](#) | Kenneth Lee Roots and Ada Frances Warren-Roots | 13 | 10/08/19 | N / A | N / A |
| | [19-35320-KLP](#) | Jermaine Joel Bullock and Lisa Cheray Bullock | 13 | 10/09/19 | N / A | N / A |
| | [19-35401-KRH](#) | Ula M. Mitchell | 13 | 10/11/19 | N / A | N / A |
| | [19-35497-KLP](#) | Shelia L Broaddus | 13 | 10/17/19 | N / A | N / A |
| | [19-35506-KLP](#) | Sharese Nicole Charity | 13 | 10/17/19 | N / A | N / A |
| | [19-35715-KLP](#) | Janice Louise Braggs | 13 | 10/30/19 | N / A | N / A |
| | [19-35722-KRH](#) | Marvin N. Davis | 13 | 10/30/19 | N / A | N / A |
| | [19-35781-KRH](#) | Larry Darwin James, Sr. and Pauletta Denise James | 13 | 10/31/19 | N / A | N / A |
| | [19-35829-KRH](#) | Timothy William Burch | 13 | 11/04/19 | N / A | N / A |
| | [19-35878-KRH](#) | Robert L. Hartsell | 13 | 11/07/19 | N / A | N / A |
| | [19-35932-KRH](#) | Laura Liverman Powell | 13 | 11/11/19 | N / A | N / A |
| | [19-35935-KLP](#) | Jacqueline Phillips Harris | 13 | 11/11/19 | N / A | N / A |
| | [19-35949-KLP](#) | LaVonna R. Smith-Tyler | 13 | 11/11/19 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 19-36154-KRH | Paula L. Walker | 13 | 11/21/19 | N / A | N / A |
| | 19-36216-KRH | Petrina Ann Tyree | 13 | 11/26/19 | N / A | N / A |
| | 19-36245-KRH | Norman C. Crockett, Sr. and Carolyn N. Crockett | 13 | 11/27/19 | N / A | N / A |
| | 19-36299-KRH | Rafael F Garcia | 13 | 12/02/19 | N / A | N / A |
| | 19-36318-KRH | Richard Dennis Sharp, Jr. and Laura Merideth Sharp | 13 | 12/03/19 | N / A | N / A |
| | 19-36345-KLP | Darlene Dunn Foster | 13 | 12/04/19 | N / A | N / A |
| | 19-36372-KRH | Robin Nicole Jeffrey | 13 | 12/06/19 | N / A | N / A |
| | 19-36402-KRH | Derrick A. Curlee and Tracy S. Pace-Curlee | 13 | 12/09/19 | N / A | N / A |
| | 19-36422-KRH | Rhonda Yvonne Williams-Davis | 13 | 12/10/19 | N / A | N / A |
| | 19-36453-KLP | Carl Fredrick Smith, Sr. | 13 | 12/12/19 | N / A | N / A |
| | 19-36486-KLP | Jonathen Paul Bingham and Barbara Lee-Zwirnbaum Bingham | 13 | 12/13/19 | N / A | N / A |
| | 19-36521-KLP | Felicia Marie Campbell | 13 | 12/16/19 | N / A | N / A |
| | 19-36570-KRH | Leslie Theresa Moore | 13 | 12/18/19 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 19-36579-KRH | Brenda Evans Creighton | 13 | 12/18/19 | N / A | N / A |
| | 19-36601-KRH | Tezra Racquel Leak | 13 | 12/19/19 | N / A | N / A |
| | 19-36658-KRH | Ricardo Anderson El | 13 | 12/23/19 | N / A | N / A |
| | 19-36702-KLP | Ernest O'Neal Damron | 13 | 12/30/19 | N / A | N / A |
| | 19-36737-KLP | Angela Michelle Bell | 13 | 12/31/19 | N / A | N / A |
| | 20-30038-KLP | Paul Richard Stewart | 13 | 01/03/20 | N / A | N / A |
| | 20-30048-KLP | James Henry Hawkins | 13 | 01/03/20 | N / A | N / A |
| | 20-30147-KRH | Melissa Ann Barr | 13 | 01/10/20 | N / A | N / A |
| | 20-30178-KLP | Walter Lee Baker, Jr. | 13 | 01/13/20 | N / A | N / A |
| | 20-30199-KLP | Kenneth E Salley and Mamie B Salley | 13 | 01/14/20 | N / A | N / A |
| | 20-30204-KLP | Nicole Denise Gaddy | 13 | 01/14/20 | N / A | N / A |
| | 20-30213-KRH | Christen Richardson Gray | 13 | 01/14/20 | N / A | N / A |
| | 20-30228-KLP | Donna Maria White | 13 | 01/15/20 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20-30230-KLP | Morris M. Portlock and Toyonnia V. Portlock | 13 | 01/15/20 | N / A | N / A |
| | 20-30238-KLP | Louise Virginia Clayton | 13 | 01/15/20 | N / A | N / A |
| | 20-30256-KLP | Lourdes Maria Vargas | 13 | 01/16/20 | N / A | N / A |
| | 20-30317-KLP | LaWanda R. Craft | 13 | 01/20/20 | N / A | N / A |
| | 20-30344-KLP | Tunisia M. Atkins | 13 | 01/21/20 | N / A | N / A |
| | 20-30457-KLP | James Francis Memmer, Jr | 13 | 01/29/20 | N / A | N / A |
| | 20-30577-KRH | Linda Bradley Sy Savane | 13 | 02/03/20 | N / A | N / A |
| | 20-30670-KRH | Dennis Charles McGillivray, Jr. and Amria Rose McGillivray | 13 | 02/07/20 | N / A | N / A |
| | 20-30677-KLP | Thomas Wayne Donohue and Kimberly Grace Donohue | 13 | 02/07/20 | N / A | N / A |
| | 20-30738-KRH | Leisha Lynn Snow | 13 | 02/12/20 | N / A | N / A |
| | 20-30769-KRH | James A. Jones | 13 | 02/14/20 | N / A | N / A |
| | 20-30788-KLP | Loretta Marie Lawrence | 13 | 02/14/20 | N / A | N / A |
| | 20-30884-KLP | Adrienne Yvonne Ellis | 13 | 02/19/20 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | [20-30898-KLP](#) | Milton Alexander Brown and Rhonda Janet Brown | 13 | 02/20/20 | N / A | N / A |
| | [20-30913-KLP](#) | Elissa Clift Lewis | 13 | 02/20/20 | N / A | N / A |
| | [20-30918-KRH](#) | Cheryl Doreen Johnson | 13 | 02/21/20 | N / A | N / A |
| | [20-30922-KLP](#) | Derek Demond Crocker | 13 | 02/21/20 | N / A | N / A |
| | [20-31194-KRH](#) | Roger Leonard Newton and Catherine Wood Newton | 13 | 03/03/20 | N / A | N / A |
| | [20-31375-KLP](#) | Edith Angelyn Fillingame | 13 | 03/11/20 | N / A | N / A |
| | [20-31417-KRH](#) | Dennis Lewis Miller and Linda Denise Miller | 13 | 03/12/20 | N / A | N / A |
| | [20-31442-KRH](#) | Tracy Alan Jones and Sonja Marie Jones | 13 | 03/13/20 | N / A | N / A |
| | [20-31537-KLP](#) | Denita Johnson Taylor | 13 | 03/17/20 | N / A | N / A |
| | [20-31583-KLP](#) | Robzella Tillmana Anderson | 13 | 03/19/20 | N / A | N / A |
| | [20-31704-KRH](#) | Carol Glascoe Barbee | 13 | 03/27/20 | N / A | N / A |
| | [20-31765-KLP](#) | Richard Corey Martin and Cynthia Kaye Martin | 13 | 03/31/20 | N / A | N / A |
| | [20-31843-KRH](#) | Grant James Turner and Ebony Lashawn Turner | 13 | 04/07/20 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20-31881-KLP | James Warren Howard | 13 | 04/09/20 | N / A | N / A |
| | 20-32436-KLP | Robert W. Woodley, Jr. | 13 | 05/22/20 | N / A | N / A |
| | 20-32705-KRH | Michael Ray Gould and Amanda Litten Gould | 13 | 06/19/20 | N / A | N / A |
| | 20-32757-KLP | Chandra Baker Leake | 13 | 06/26/20 | N / A | N / A |
| | 20-32885-KRH | Chimere Enjoli Bass | 13 | 07/07/20 | N / A | N / A |
| | 20-33067-KRH | Charles T Bailey | 13 | 07/20/20 | N / A | N / A |
| | 20-33220-KRH | Jerl Eugene Jones | 13 | 07/27/20 | N / A | N / A |
| | 20-33413-KRH | Larry Donell Russell, Jr. | 13 | 08/11/20 | N / A | N / A |
| | 20-33794-KRH | Bertha Cordelia Wiggins | 13 | 09/14/20 | N / A | N / A |
| | 20-33824-KRH | Daisy Tuck | 13 | 09/16/20 | N / A | N / A |
| | 20-33853-KRH | Michael L. Jennings | 13 | 09/18/20 | N / A | N / A |
| | 20-33939-KRH | Maurice A. Turner | 13 | 09/25/20 | N / A | N / A |
| | 20-33975-KLP | Beatrice Scott Singleton | 13 | 09/28/20 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| | 20-34097-KRH | Ralf Friedrichs | 13 | 10/08/20 | N / A | N/A |
| | 20-34246-KLP | Sandra Carter Moss | 13 | 10/21/20 | N / A | N/A |
| | 20-34438-KRH | Lowery Isaac Lewis | 13 | 11/03/20 | N / A | N/A |
| | 20-34502-KRH | Rayfield Brown and Doris G Brown | 13 | 11/10/20 | N / A | N/A |
| | 20-34532-KRH | Matthew Brian Cahen | 13 | 11/12/20 | N / A | N/A |
| | 20-34624-KLP | Milton C. Crutchfield, Sr. | 13 | 11/19/20 | N / A | N/A |
| | 20-34721-KLP | Ivy L. Thompson | 13 | 11/30/20 | N / A | N/A |
| | 20-34876-KLP | Keith Lamont Ross, Sr. and Michelle Lee Ross | 13 | 12/15/20 | N / A | N/A |
| | 20-34967-KRH | Roger Wayne Duncan and Deborah Crutchfield Duncan | 13 | 12/23/20 | N / A | N/A |
| | 20-35032-KRH | Christine E Whiting | 13 | 12/31/20 | N / A | N/A |
| | 21-30398-KRH | Stanley Bernard Stith | 13 | 02/05/21 | N / A | N/A |
| | 21-30529-KLP | Jonette Danielle Meade | 13 | 02/19/21 | N / A | N/A |
| | 21-30587-KLP | Jayson T. Crawley | 13 | 02/25/21 | N / A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 21-30792-KRH | Benjamin Davis Moseley, III | 13 | 03/10/21 | N / A | N / A |
| | 21-30838-KLP | James Grover and Cynthia Grover | 13 | 03/16/21 | N / A | N / A |
| | 21-30987-KLP | Traci Ann Penicook | 13 | 03/26/21 | N / A | N / A |
| | 21-31111-KLP | Jennifer Booker Cooper | 13 | 04/01/21 | N / A | N / A |
| | 21-31170-KRH | Charles Edward Adams and Mary-Claire Ward Adams | 13 | 04/07/21 | N / A | N / A |
| | 21-31211-KLP | Michael Frederick Martin | 13 | 04/09/21 | N / A | N / A |
| | 21-31505-KLP | Earnest Atkins, Jr. and Shirley Marie Atkins | 13 | 05/06/21 | N / A | N / A |
| | 21-31538-KRH | LaRuth Arnaz Ensley | 13 | 05/08/21 | N / A | N / A |
| | 21-31576-KRH | Sandra L. Mason-Johnson | 13 | 05/12/21 | N / A | N / A |
| | 21-31608-KRH | Paul Cohen | 13 | 05/14/21 | N / A | N / A |
| | 21-31951-KLP | Betsy C Chinn | 13 | 06/18/21 | N / A | N / A |
| | 21-31971-KRH | Davone Yamelle Gordon | 13 | 06/21/21 | N / A | N / A |
| | 21-31991-KLP | Scottie Brown Hurt | 13 | 06/22/21 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 21-32023-KLP | Cherrelle Lee Hurt | 13 | 06/25/21 | N / A | N / A |
| 21-32383-KLP | Douglas Ricardo Mason and Tracey Lashell Mason | 13 | 08/02/21 | N / A | N / A |
| 21-32521-KLP | Lee R. Williams and Kathy A. Williams | 13 | 08/17/21 | N / A | N / A |
| 21-32555-KLP | Mohammad Mahmoud Atiyat | 7 | 08/19/21 | N / A | N / A |
| 21-32640-KLP | Celestine Hart Robinson | 13 | 08/30/21 | N / A | N / A |
| 21-32871-KLP | Henry Ellis Foster and Robin Jones Foster | 13 | 09/23/21 | N / A | N / A |
| 21-32890-KLP | Edwin Perry Pernell, III | 13 | 09/24/21 | N / A | N / A |
| 21-32913-KLP | Nathan Clay Grubb | 7 | 09/27/21 | N / A | N / A |
| 21-32947-KRH | Richard Newton, Sr. and Francine Newton | 13 | 09/30/21 | N / A | N / A |
| 21-32956-KLP | James Goode, Jr. | 13 | 10/01/21 | N / A | N / A |
| 21-32996-KLP | Sandra Lee Wayne | 13 | 10/06/21 | N / A | N / A |
| 21-33202-KRH | Rick C. Call | 13 | 10/25/21 | N / A | N / A |
| 21-33217-KLP | Michael D. Currie, Jr. | 13 | 10/26/21 | N / A | N / A |

| | 21-33283-KLP | Loretta Lee Clark | 13 | 11/02/21 | N / A | N / A |
|---|---|---|---|---|---|---|
| | 21-33289-KRH | Demetrius Andre Carter and Laura Wiggins Carter | 13 | 11/02/21 | N / A | N / A |
| | 21-33311-KRH | Quyen N. Nham | 13 | 11/05/21 | N / A | N / A |
| | 21-33324-KRH | Garry Atheno Taylor and Jane Elizabeth Taylor | 13 | 11/08/21 | N / A | N / A |
| | 21-33403-KRH | Adrienne Marie China | 13 | 11/16/21 | N / A | N / A |
| | 21-33436-KLP | David C. Coles, Sr. | 13 | 11/19/21 | N / A | N / A |
| | 21-33506-KRH | Corinthia K. Mobley | 13 | 11/29/21 | N / A | N / A |
| | 21-33539-KLP | Patricia McNealy Thornton | 13 | 12/01/21 | N / A | N / A |
| | 22-30095-KRH | Chynna Tamar Bridges | 13 | 01/14/22 | N / A | N / A |
| | 22-30116-KRH | Lashaunde Davona Smith | 13 | 01/17/22 | N / A | N / A |
| | 22-30178-KLP | Ronald Jerome Hargrove and Tabatha Jean Hargrove | 13 | 01/24/22 | N / A | N / A |
| | 22-30421-KRH | Kimberly Patrice Cheatham | 13 | 02/21/22 | N / A | N / A |
| | 22-30802-KRH | Annie Howell Caldwell | 13 | 03/29/22 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 22-30852-KLP | Johnnie Kay Owens, Jr. | 13 | 03/31/22 | N / A | N / A |
| | 22-30932-KRH | Jose R. Guevara and Leda Maria Guevara | 13 | 04/11/22 | N / A | N / A |
| | 22-30993-KRH | Michael G. Johnson, Sr. and Margaret Hence-Johnson | 13 | 04/15/22 | N / A | N / A |
| | 22-31003-KLP | Carlton L. Brown and Elsa A. Brown | 13 | 04/17/22 | N / A | N / A |
| | 22-31007-KLP | Kenneth Andrew Brown, Jr. | 13 | 04/18/22 | N / A | N / A |
| | 22-31124-KRH | Robin Hodge Berry | 13 | 04/28/22 | N / A | N / A |
| | 22-31171-KLP | Corey Ray Jackson | 13 | 05/02/22 | N / A | N / A |
| | 22-31190-KLP | Joey Ellis | 13 | 05/04/22 | N / A | N / A |
| | 22-31233-KLP | Edward Lee Madison, II and Angela Stroud Madison | 13 | 05/10/22 | N / A | N / A |
| | 22-31326-KLP | Rodney A Morison and Carolyn M Morison | 13 | 05/18/22 | N / A | N / A |
| | 22-31427-KRH | Tamara Sheree Harris | 13 | 05/27/22 | N / A | N / A |
| | 22-31535-KLP | Larry Donal Epps | 13 | 06/09/22 | N / A | N / A |
| | 22-31591-KLP | Wanda Ann Reynolds | 13 | 06/15/22 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 22-31611-KRH | Cornell Quivers | 13 | 06/16/22 | N / A | N / A |
| 22-31638-KRH | Charlette Walker Blackwell | 13 | 06/20/22 | N / A | N / A |
| 22-31640-KLP | Michael Alan Czerwik | 13 | 06/20/22 | N / A | N / A |
| 22-31861-KRH | Dennis Alexander White and Dorothy Jane White | 13 | 07/12/22 | N / A | N / A |
| 22-32012-KRH | Britney Nicole Williams | 13 | 07/26/22 | N / A | N / A |
| 22-32025-KLP | Laurence White Wilson, III and Sheila Gilmore Wilson | 13 | 07/27/22 | N / A | N / A |
| 22-32115-KRH | Caroline Matthews | 13 | 08/03/22 | N / A | N / A |
| 22-32179-KLP | Joseph Nelson | 13 | 08/09/22 | N / A | N / A |
| 22-32392-KRH | Todd D. Norris | 13 | 08/31/22 | N / A | N / A |
| 22-32508-KLP | Brenda Diane Green | 13 | 09/12/22 | N / A | N / A |
| 22-32543-KRH | John Heath | 13 | 09/14/22 | N / A | N / A |
| 22-32572-KRH | Rose M. Tabb | 13 | 09/16/22 | N / A | N / A |
| 22-32591-KLP | Melissa Faison Gentry | 13 | 09/19/22 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 22-32599-KLP | Roxanne Brown | 13 | 09/19/22 | N / A | N / A |
| | 22-32617-KRH | Pamela Denise Cooper | 13 | 09/20/22 | N / A | N / A |
| | 22-32634-KLP | Rebecca L. Glenn | 13 | 09/22/22 | N / A | N / A |
| | 22-32646-KRH | Willie Bradford Dickerson | 13 | 09/22/22 | N / A | N / A |
| | 22-32751-KRH | John Roger Coles, II | 13 | 09/30/22 | N / A | N / A |
| | 22-32765-KRH | Omega W. Wilson | 13 | 10/02/22 | N / A | N / A |
| | 22-32769-KRH | James T. Smalls | 13 | 10/03/22 | N / A | N / A |
| | 22-32793-KRH | Christopher Kevin Luck and Carrie Carter Luck | 13 | 10/05/22 | N / A | N / A |
| | 22-32810-KRH | Valencia Petrina Townsend | 13 | 10/06/22 | N / A | N / A |
| | 22-32878-KLP | Owen Johnson Parrish, Jr. and Jessica Anne Scot Parrish | 13 | 10/11/22 | N / A | N / A |
| | 22-32937-KRH | Marlo Janette Griffin | 13 | 10/16/22 | N / A | N / A |
| | 22-33002-KRH | Sylvia Laraine Fulford | 13 | 10/21/22 | N / A | N / A |
| | 22-33013-KLP | Ronald Kay Smith | 13 | 10/21/22 | N / A | N / A |

| | 22-33228-KRH | Tomeka Lowanda Jackson | 13 | 11/11/22 | N / A | N / A |
| | 22-33246-KLP | Joseph Dexter Young | 13 | 11/14/22 | N / A | N / A |
| | 22-33291-KLP | Lenzy Tyrone Tillman and Delores Tillman | 13 | 11/17/22 | N / A | N / A |
| | 22-33293-KLP | Danny Luther Creech, Jr. | 13 | 11/17/22 | N / A | N / A |
| | 22-33456-KLP | Walter Joseph Reynolds, Jr | 13 | 12/06/22 | N / A | N / A |
| | 22-33522-KRH | Christina Cowan | 13 | 12/13/22 | N / A | N / A |
| | 22-33574-KRH | Andre Costello Williams | 13 | 12/16/22 | N / A | N / A |
| | 22-33592-KLP | James Matthew Creasey | 13 | 12/20/22 | N / A | N / A |
| | 22-33685-KRH | Tyson Lama Mason, Sr. | 13 | 12/30/22 | N / A | N / A |
| | 23-30120-KLP | Karen Debuiser Maskew | 13 | 01/13/23 | N / A | N / A |
| | 23-30186-KLP | Mark Altenburg Weeks | 13 | 01/20/23 | N / A | N / A |
| | 23-30211-KRH | Marcel Alonzo Minor | 13 | 01/23/23 | N / A | N / A |
| | 23-30227-KLP | Felix A Allen and Iva L Adkins | 13 | 01/25/23 | N / A | N / A |

| | 23-30238-KLP | Anthony C. Strother and Sara J. Strother | 13 | 01/26/23 | N / A | N / A |
|---|---|---|---|---|---|---|
| | 23-30357-KLP | Ernest Javon Cheatham and Jessica Armbrister Cheatham | 13 | 02/02/23 | N / A | N / A |
| | 23-30471-KLP | James Clark Caruthers | 13 | 02/13/23 | N / A | N / A |
| | 23-30585-KRH | Mitchell L. Dennis, Sr. and Sherry C. Chambliss-Dennis | 13 | 02/21/23 | N / A | N / A |
| | 23-30602-KRH | Lolita Denise Wiggins | 13 | 02/23/23 | N / A | N / A |
| | 23-30619-KLP | Dominique Rowland | 13 | 02/24/23 | N / A | N / A |
| | 23-30811-KLP | Dishan D Doswll | 13 | 03/09/23 | N / A | N / A |
| | 23-30815-KLP | Melissa La Wanda Wyatt-Simmons | 13 | 03/10/23 | N / A | N / A |
| | 23-30827-KLP | Diane Harris Wilson | 13 | 03/10/23 | N / A | N / A |
| | 23-30829-KLP | Kimberley Kaye Royal | 13 | 03/10/23 | N / A | N / A |
| | 23-30841-KLP | Deanna Skinner and Ronald L Skinner | 13 | 03/10/23 | N / A | N / A |
| | 23-30919-KRH | Delores Inez Smith | 13 | 03/16/23 | N / A | N / A |
| | 23-30923-KRH | Forrest Ray Nance, Jr. and Victoria Odessa Nance | 13 | 03/17/23 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23-30943-KLP | Kevin Manigo | 13 | 03/18/23 | N / A | N / A |
| | 23-30980-KLP | Martha Murphy Scott | 13 | 03/22/23 | N / A | N / A |
| | 23-31013-KLP | Leonel Berrum Avilez | 13 | 03/24/23 | N / A | N / A |
| | 23-31068-KLP | Morris Nathaniel Taylor, Sr. and Tonia Michelle Taylor | 13 | 03/29/23 | N / A | N / A |
| | 23-31092-KRH | Mary Young Cook | 13 | 03/30/23 | N / A | N / A |
| | 23-31112-KLP | Patricia Ann Daniel | 13 | 03/30/23 | N / A | N / A |
| | 23-31324-KLP | Office Interiors of Virginia, Inc. | 11 | 04/16/23 | N / A | N / A |
| | 23-31413-KLP | Sheranda Monique Loney | 13 | 04/23/23 | N / A | N / A |
| | 23-31420-KLP | Da'Mon La'Kei Charity | 13 | 04/24/23 | N / A | N / A |
| | 23-31461-KRH | John W. Ferguson | 13 | 04/26/23 | N / A | N / A |
| | 23-31536-KLP | Renee Richardson | 13 | 05/01/23 | N / A | N / A |
| | 23-31548-KRH | April Faye Grant | 7 | 05/03/23 | N / A | N / A |
| | 23-31807-KRH | Linda L Ferguson | 13 | 05/25/23 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23-31853-KLP | Lutisha Lavette Leavy | 13 | 05/30/23 | N / A | N / A |
| | 23-31951-KRH | Monica Jenine Williams | 13 | 06/06/23 | N / A | N / A |
| | 23-31983-KRH | Tanya Nicole Brown | 13 | 06/09/23 | N / A | N / A |
| | 23-32048-KRH | Regina Arleen Hughes | 13 | 06/14/23 | N / A | N / A |
| | 23-32130-KRH | Mark Anthony Johnson | 13 | 06/21/23 | N / A | N / A |
| | 23-32179-KLP | Gail Loretta Oliver | 13 | 06/23/23 | N / A | N / A |
| | 23-32203-KRH | Terri Lynne Barnes | 13 | 06/26/23 | N / A | N / A |
| | 23-32250-KLP | George Calvin Welsh | 13 | 06/30/23 | N / A | N / A |
| | 23-32261-KLP | Robert J Yarusinsky | 13 | 06/30/23 | N / A | N / A |
| | 23-32308-KRH | Kevin Maurice Lee and Jacqueline Jackson Lee | 13 | 07/07/23 | N / A | N / A |
| | 23-32394-KLP | Liana Ophelia Lewis | 13 | 07/14/23 | N / A | N / A |
| | 23-32428-KLP | April Donnell Taylor | 13 | 07/17/23 | N / A | N / A |
| | 23-32434-KRH | Niles A. Goode | 7 | 07/17/23 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | [23-32440-KLP](#) | Judith Gayle Jessie | 13 | 07/18/23 | N / A | N / A |
| | [23-32475-KLP](#) | Anthony Wayne Holt | 13 | 07/20/23 | N / A | N / A |
| | [23-32507-KRH](#) | Angelyn Fowlkes Glasgow | 13 | 07/21/23 | N / A | N / A |
| | [23-32558-KRH](#) | Quolaunda Christine Hargrove | 13 | 07/27/23 | N / A | N / A |
| | [23-32590-KRH](#) | Latonya Latrice Peterson | 13 | 07/28/23 | N / A | N / A |
| | [23-32628-KRH](#) | Clarice Theresa Davis | 13 | 08/01/23 | N / A | N / A |
| | [23-32661-KLP](#) | Michael Dear Moody, Sr. | 13 | 08/03/23 | N / A | N / A |
| | [23-32696-KLP](#) | Deborah Ann Gonzales | 13 | 08/07/23 | N / A | N / A |
| | [23-32738-KRH](#) | LaTonya Nichole Shelton | 13 | 08/10/23 | N / A | N / A |
| | [23-32813-KRH](#) | James Wesley Crowley, II | 13 | 08/17/23 | N / A | N / A |
| | [23-32828-KLP](#) | Wendy Gayle Throckmorton | 13 | 08/18/23 | N / A | N / A |
| | [23-32890-KRH](#) | Marcia Anita Rhodes | 13 | 08/24/23 | N / A | N / A |
| | [23-32946-KLP](#) | Javier Bernardo Vargas and Jelissa Magdalena Vargas | 13 | 08/28/23 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| | 23-33007-KLP | Michael Jerome Motley, Sr. | 13 | 09/03/23 | N / A | N / A |
| | 23-33036-KLP | Patricia Whitlock Rhoades | 13 | 09/06/23 | N / A | N / A |
| | 23-33057-KLP | Julian Earl Miller, Jr. and Catherine Foutz Miller | 13 | 09/07/23 | N / A | N / A |
| | 23-33082-KRH | Gregory Paul Lewis and Armecia Greene Lewis | 13 | 09/08/23 | N / A | N / A |
| | 23-33098-KLP | Eva Rich Lucas | 13 | 09/11/23 | N / A | N / A |
| | 23-33110-KRH | Joseph Alfred Simmons, Jr. and Jessica Leigh Simmons | 13 | 09/12/23 | N / A | N / A |
| | 23-33113-KRH | Keith Bryant Watkins and Crystal Charlene Watkins | 13 | 09/12/23 | N / A | N / A |
| | 23-33230-KLP | Ivy Nicole Stewart | 13 | 09/21/23 | N / A | N / A |
| | 23-33239-KRH | Hanh M. Phan | 13 | 09/21/23 | N / A | N / A |
| | 23-33250-KRH | LaVelle Whitehead and Renita Whitehead | 13 | 09/22/23 | N / A | N / A |
| | 23-33307-KLP | Angela Annett Smith | 13 | 09/26/23 | N / A | N / A |
| | 23-33325-KRH | Carol Jones Whitlock | 13 | 09/27/23 | N / A | N / A |
| | 23-33336-KRH | Suzette Muriel Walker | 13 | 09/28/23 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23-33397-KRH | Donna Marie Nelms | 13 | 10/02/23 | N / A | N / A |
| | 23-33403-KLP | Tarsharn Lynette Robertson | 13 | 10/02/23 | N / A | N / A |
| | 23-33450-KLP | Marlo Lynn Fleming | 13 | 10/07/23 | N / A | N / A |
| | 23-33507-KRH | Jan Bernice Wooten | 13 | 10/11/23 | N / A | N / A |
| | 23-33519-KRH | Roger Dale Paris, Jr. | 13 | 10/12/23 | N / A | N / A |
| | 23-33538-KRH | Kimberly Janair Howell-Brooks | 13 | 10/13/23 | N / A | N / A |
| | 23-33539-KLP | LaShawn Dabney | 13 | 10/13/23 | N / A | N / A |
| | 23-33622-KRH | Rosalyn Colette Christian-Terry | 13 | 10/19/23 | N / A | N / A |
| | 23-33727-KLP | Anthony Amos Greene and Joyce Lynn Greene | 13 | 10/27/23 | N / A | N / A |
| | 23-33758-KLP | Henry Lee Mason, Jr and Teresa Michelle Mason | 13 | 10/31/23 | N / A | N / A |
| | 23-33775-KRH | Lillie Odell Langhorne | 13 | 10/31/23 | N / A | N / A |
| | 23-33786-KRH | Sharon Smith Davis | 13 | 11/01/23 | N / A | N / A |
| | 23-33825-KLP | Richard Lee Rawles | 13 | 11/03/23 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23-33850-KLP | Antoine Lucas Trent and Latoya LaRae Trent | 13 | 11/06/23 | N / A | N / A |
| | 23-33857-KRH | Heather Dawn Gibson | 13 | 11/07/23 | N / A | N / A |
| | 23-33870-KLP | Pamela Necole Jasper | 13 | 11/07/23 | N / A | N / A |
| | 23-33896-KLP | Jeffery Erick Pierce and Shayla Elizabeth Maddox | 13 | 11/09/23 | N / A | N / A |
| | 23-34028-KLP | Jesse Charles Bell, III and Megan Wazeka Bell | 13 | 11/21/23 | N / A | N / A |
| | 23-34154-KLP | Robert Cunningham, Sr. | 13 | 12/04/23 | N / A | N / A |
| | 23-34195-KLP | Mark S. Adams | 13 | 12/06/23 | N / A | N / A |
| | 23-34221-KRH | Angela Denise Harkless | 13 | 12/08/23 | N / A | N / A |
| | 23-34227-KRH | Lee Roy Jones, III | 13 | 12/08/23 | N / A | N / A |
| | 23-34256-KLP | Marques Don Jones | 13 | 12/13/23 | N / A | N / A |
| | 23-34273-KRH | Pamela Jean Miller | 13 | 12/14/23 | N / A | N / A |
| | 23-34304-KRH | Michelle Patricia Manning | 13 | 12/15/23 | N / A | N / A |
| | 23-34343-KRH | Kelvin Eugene White | 13 | 12/19/23 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23-34369-KLP | Maurice G. Blankenship, Jr. | 13 | 12/20/23 | N / A | N / A |
| | 23-34374-KRH | Algie E Freeman | 13 | 12/21/23 | N / A | N / A |
| | 23-34394-KLP | Dominique McNeil | 13 | 12/22/23 | N / A | N / A |
| | 23-34426-KRH | Regan W. Drew | 13 | 12/29/23 | N / A | N / A |
| | 24-30080-KLP | Kim Lawrence Beamer | 13 | 01/10/24 | N / A | N / A |
| | 24-30096-KRH | Debra Dianne Fortune | 13 | 01/11/24 | N / A | N / A |
| | 24-30099-KLP | Earl Junius Hicks | 13 | 01/11/24 | N / A | N / A |
| | 24-30127-KRH | Sean Todd Whybark and Kellie Ann Whybark | 13 | 01/12/24 | N / A | N / A |
| | 24-30145-KLP | Tamel Eugene Page | 13 | 01/15/24 | N / A | N / A |
| | 24-30225-KLP | Joshua Wayne Lanham and Magan Grace Lanham | 13 | 01/19/24 | N / A | N / A |
| | 24-30300-KRH | Yolanda Shelton Cochran | 13 | 01/26/24 | N / A | N / A |
| | 24-30321-KRH | Megan Brooke Faulconer | 13 | 01/29/24 | N / A | N / A |
| | 24-30446-KLP | Johnnie Paige | 13 | 02/06/24 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-30522-KRH | Joseph Miles, Jr. and Clarissa Theresa Miles | 13 | 02/13/24 | N / A | N / A |
| | 24-30585-KLP | Zachary Brian Sullivan | 7 | 02/19/24 | N / A | N / A |
| | 24-30673-KRH | Charles Linwood Lawson, Sr. | 13 | 02/26/24 | N / A | N / A |
| | 24-30787-KRH | John Terence Crosby | 13 | 03/01/24 | N / A | N / A |
| | 24-30849-KRH | Veronica Worrell | 13 | 03/06/24 | N / A | N / A |
| | 24-30901-KLP | Michael Eugene Weeks and Betty Robinson Weeks | 13 | 03/08/24 | N / A | N / A |
| | 24-30921-KRH | Adalynn Marie Farley | 13 | 03/11/24 | N / A | N / A |
| | 24-30960-KRH | Percell Douglas Massenburg, Jr. and Bertha Ann Massenburg | 13 | 03/13/24 | N / A | N / A |
| | 24-31107-KRH | Tiara Simone Qawiyy | 13 | 03/22/24 | N / A | N / A |
| | 24-31198-KLP | Sarah Lynne Wright | 13 | 03/29/24 | N / A | N / A |
| | 24-31216-KLP | Christina A'isha Choice | 13 | 03/30/24 | N / A | N / A |
| | 24-31303-KRH | Valerie Elaine Hunter | 13 | 04/05/24 | N / A | N / A |
| | 24-31304-KLP | William Gregory Meredith and Barbara Ann Meredith | 13 | 04/05/24 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-31342-KLP | Michael Dear Moody, Sr. | 13 | 04/09/24 | N / A | N / A |
| | 24-31353-KLP | Andy Joseph Costa and Amy Michelle Costa | 13 | 04/10/24 | N / A | N / A |
| | 24-31355-KRH | David Wesley Pearce | 13 | 04/10/24 | N / A | N / A |
| | 24-31381-KRH | Marlen Antonio Kemp | 13 | 04/11/24 | N / A | N / A |
| | 24-31432-KLP | Paulette Lee Tyler | 13 | 04/15/24 | N / A | N / A |
| | 24-31438-KRH | Richard Dennis Clark and Dawn Marie Clark | 13 | 04/15/24 | N / A | N / A |
| | 24-31452-KLP | Anthony C. Strother and Sara J. Strother | 13 | 04/16/24 | N / A | N / A |
| | 24-31506-KLP | Robin Vanessa Myrick | 13 | 04/18/24 | N / A | N / A |
| | 24-31542-KRH | Theresa Annette Oliver | 13 | 04/22/24 | N / A | N / A |
| | 24-31666-KLP | Terence Richard Sullivan and Jason Smith Sullivan | 13 | 04/30/24 | N / A | N / A |
| | 24-31696-KRH | Ruby Lee Wilson | 13 | 05/01/24 | N / A | N / A |
| | 24-31720-KLP | Daniel Cecil Scott | 13 | 05/03/24 | N / A | N / A |
| | 24-31721-KLP | Kenneth Jerry Hammitt and Cynthia Mae Hammitt | 13 | 05/03/24 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-31735-KRH | Violet Mae Robinson | 13 | 05/06/24 | N / A | N / A |
| | 24-31736-KRH | Betty Ann White | 13 | 05/06/24 | N / A | N / A |
| | 24-31737-KLP | William Henry Gilliam | 13 | 05/06/24 | N / A | N / A |
| | 24-31800-KRH | Thomas Forster Cook | 13 | 05/09/24 | N / A | N / A |
| | 24-31812-KLP | Larry Wayne Scearce, Jr. and Robin Denise Scearce | 13 | 05/10/24 | N / A | N / A |
| | 24-31814-KLP | Sonya Y Edmonds | 13 | 05/10/24 | N / A | N / A |
| | 24-31832-KLP | Brenda Rushay Fulton | 13 | 05/13/24 | N / A | N / A |
| | 24-31909-KLP | Shaka Nobie Wilson | 13 | 05/17/24 | N / A | N / A |
| | 24-31916-KRH | Soninka T. Henry | 7 | 05/17/24 | N / A | N / A |
| | 24-31949-KRH | Beonia Edwin Holloway, Jr. | 13 | 05/22/24 | N / A | N / A |
| | 24-31965-KLP | Stanley L. Tignor, Jr. and Robin L. Tignor | 13 | 05/23/24 | N / A | N / A |
| | 24-32023-KRH | Justin Wayland Dingus and Kimberly Ann Weiler | 7 | 05/30/24 | N / A | N / A |
| | 24-32093-KLP | Evelyn Christine Osterloh | 13 | 06/03/24 | N / A | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24-32116-KLP | Deloris Betha Brown | 7 | 06/04/24 | N / A | N / A |
| | 24-32144-KRH | Diondra Lanette Lee-Cutler | 13 | 06/06/24 | N / A | N / A |
| | 24-32170-KLP | Rashida Asha Outlaw | 13 | 06/07/24 | N / A | N / A |
| | 24-32254-KLP | Antoine Lucas Trent and Latoya LaRae Trent | 13 | 06/14/24 | N / A | N / A |
| | 24-32308-KLP | Calvin Edward Towles, Jr. | 13 | 06/20/24 | N / A | N / A |
| | 24-32516-KLP | Robert Conrad Wirth | 13 | 07/08/24 | N / A | N / A |
| | 24-32536-KRH | Randall W Calhoun | 13 | 07/09/24 | N / A | N / A |
| | 24-32539-KRH | Tyrone Lee Bowler | 13 | 07/09/24 | N / A | N / A |
| | 24-32848-KRH | Nakisha Taylor | 7 | 07/31/24 | N / A | N / A |
| | 24-32860-KRH | Shavonne Kristen Gooden | 7 | 07/31/24 | N / A | N / A |
| | 24-32970-KRH | Angelo Devaughn Newman | 13 | 08/09/24 | N / A | N / A |