UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Case No. 19-33104-KLP |
|     Andrew A. Lohrman | |
| | Chapter 13 |
|     Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT
ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

Carl M. Bates, former Chapter 13 Trustee for the period from the petition date through December 31, 2025, and Michael R. Jones, successor Chapter 13 Trustee for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $106,845.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$106,845.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,296.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,549.10 |
| Other | $0.00 |
| Secured Creditors | $6,408.07 |
| Priority Creditors | $4,080.77 |
| General Unsecured Creditors | $83,499.94 |
| **Total Disbursements & Expense of Administration:** | **$106,833.88** |

| | |
|---|---:|
| **Balance Transferred to Successor Trustee** | **$11.12** |

Dated: 03/02/2026

/s/ Carl M. Bates                                /s/ Michael R. Jones
Former Chapter 13 Standing Trustee        Successor Chapter 13 Standing Trustee
P.O. Box 1819                                      P.O. Box 1819
Richmond, VA 23218                     Richmond, VA 23218