**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

RE: Andrew A. Lohrman   XXX-XX-6415                Case No. 19-33104-KLP

### DIRECTIVE FOR TERMINATION OF VOLUNTARY PAYMENTS BY DEBTOR

IT IS DIRECTED;

That the above Debtor shall discontinue sending the Trustee any additional payments under the previous Directive For Voluntary Payment.

THIS DIRECTIVE IS ENTERED PURSUANT TO A STANDING ORDER OF THE UNITED STATES BANKRUPTCY COURT.

Dated:  **March 23, 2026**

**/S/ Michael R Jones**
Michael R Jones, Trustee
Eastern District of Virginia, Richmond Division

The Trustee does hereby certify that a copy of this Directive was mailed to the Debtor and electronically sent to Debtor's counsel on the date above written.

**/S/ Michael R Jones**
Michael R Jones, Trustee