**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re:  **Andrew A. Lohrman**                                  **Case No. 19-33104-KLP**
                                                              **Chapter 13**

**REPORT BY TRUSTEE OF**
**COMPLETION OF PLAN PAYMENTS**

NOW COMES the Chapter 13 Trustee herein, Michael R Jones, and represents to the Court that all payments due to the Trustee under the terms of the confirmed plan have been received.  Your Trustee will proceed to close this case and file his "Final Report and Account" upon the clearing of all outstanding checks.

Date prepared: **March 23, 2026**

                                                              /s/ Michael R Jones
                                                              Michael R Jones
                                                              Chapter 13 Trustee

Michael R Jones
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSB #