## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**

Andrew A. Lohrman

**Case Number**   19–33104–KLP
**Chapter**   13

Debtor(s)

### DEBTOR'S(S) CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. §1328

The Trustee has filed a report of completion of plan payments in my/our case and I/we hereby request that the Court issue a discharge. I/We certify, under penalty of perjury, to the following:

1. I/We have completed an instructional course concerning personal financial management as described in 11 U.S.C. §111.
2. I/We have not received a discharge in another Chapter 7, 11, or 12 bankruptcy case that was filed within 4 years prior to the filing of this Chapter 13 Bankruptcy.
3. I/We have not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 Bankruptcy.
4. I/We did not have, either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000 if the case was filed before April 1, 2007, $136,875 if the case was filed April 1, 2007 through March 31, 2010, or $146,450 if the case was filed on or after April 1, 2010, $155,575 if the case was filed on or after April 1, 2013, $160,375 if the case was filed on or after April 1, 2016, $170,350 if the case was filed on or after April 1, 2019, $189,050 if the case was filed on or after April 1, 2022, or $214,000 if the case was filed on or after April 1, 2025 in the type of property described in 11 U.S.C. §522(p)(1) [generally the debtor's homestead].
5. There is not currently pending any proceeding in which I/we may be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).
6. If applicable, I/we certify that as of the date of this certification that I/we have paid all amounts due under any domestic support obligation [as that term is defined in 11 U.S.C. §101(14A)] required by a judicial or administrative order, or by statute, including amounts due either (i) before this bankruptcy case was filed and provided for in the Plan, or (ii) due any time after the filing of this bankruptcy case.

**I/We certify under penalty of perjury that the foregoing is true and correct.**

Debtor: _____     Date: _____

Debtor: _____     Date: _____

[crt1328vApril2025.jsp]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 19-33104-KLP |
| Andrew A. Lohrman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: LilianPal | Page 1 of 2 |
| Date Rcvd: Mar 24, 2026 | Form ID: crt1328 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrew A. Lohrman, 8225 Katie Daniel Court, Cumming, GA 30028-1508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 26, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Thomas Gallagher | on behalf of Creditor Future Capital  LLC Gallagher@councilbaradel.com |
| D. Carol Sasser | on behalf of Creditor Community Loan Servicing  LLC dsasser@siwpc.com, ewhite@siwpc.com;kgershen@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Daniel Alan Ross | on behalf of Creditor Bayview Loan Servicing  LLC dross@ghidottiberger.com, bknotifications@ghidottiberger.com;dross@hillwallack.com |
| Gregory N. Britto | on behalf of Creditor CSMC 2021-RPL8 Trust LOGSECF@logs.com |
| James E. Kane | on behalf of Debtor Andrew A. Lohrman jkane@kaneandpapa.com |

District/off: 0422-7                          User: LilianPal                                    Page 2 of 2

Date Rcvd: Mar 24, 2026                        Form ID: crt1328                              Total Noticed: 1

emejia@kaneandpapa.com,jason.kane@kaneandpapa.com,sfalkowski@kaneandpapa.com,ksmall@kaneandpapa.com,cdonnell@kaneandpapa.com,abryant@kaneandpapa.com

Jeremy Calvin Huang

on behalf of Creditor Charter Colony Foundation  Inc. jhuang214@gmail.com, jhuang@rowepllc.com

Josephine E Salmon

on behalf of Creditor Community Loan Servicing  LLC bkecfinbox@aldridgepite.com,
JES@ecf.inforuptcy.com;bkecfinbox@aldridgepite.com

Keith M. Yacko

on behalf of Creditor Bayview Loan Servicing  LLC keiyacko@raslg.com,
ecfnotifications@mtglaw.com;kyacko@mtglaw.com;keiyacko@raslg.com

Matthew W. Cheney

USTPRegion04.RH.ECF@usdoj.gov

Maurice Belmont VerStandig

on behalf of Creditor Future Capital  LLC mac@mbvesq.com,
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael R. Jones

ecfrichmond@richchap13.com  ecfrichmond@richchap13.com

Susan Hope Call

on behalf of Trustee Carl M. Bates susancall@richchap13.com  station15@richchap13.com


TOTAL: 12