## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**

Andrew A. Lohrman

**Case Number**   19−33104−KLP
**Chapter**   13

Debtor(s)

### NOTICE TO DEBTOR(S) AND CREDITORS
### CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you <u>must</u>

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at www.vaeb.uscourts.gov. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1, 2007 through March 31, 2010, $146,450 if the case was filed on or after April 1, 2010, $155,675 if the case was filed on or after April 1, 2013, $160,375 if the case was filed on or after April 1, 2016, $170,350 if the case was filed on or after April 1, 2019, or $189,050 if the case was filed on or after April 1, 2022, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:   March 24, 2026

Charri S Stewart , Clerk
United States Bankruptcy Court

[ntcLBRvApril2022.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 19-33104-KLP

Andrew A. Lohrman                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                         User: LilianPal                         Page 1 of 3

Date Rcvd: Mar 24, 2026                      Form ID: nt400815                        Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew A. Lohrman, 8225 Katie Daniel Court, Cumming, GA 30028-1508 |
| cr | + | Charter Colony Foundation, Inc., c/o Chadwick Washington, et al., 3201 Jermantown Road, Suite 600, Fairfax, VA 22030-2879 |
| 14895724 | + | Bayview Financial Loan, 4425 Ponce De Leon Blvd, 5th floor, Coral Gables, FL 33146-1873 |
| 14987073 | + | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14895726 | + | Chadwick, Washington, Moriarty, 201 Concourse Boulevard, Suite 101, Glen Allen, VA 23059-5640 |
| 14895727 | + | Charter Colony Foundation, 3201 Jermantown Road, Suite 600, Fairfax, VA 22030-2879 |
| 14915012 | + | Charter Colony Foundation, 1101 Charter Club Way, Midlothian, VA 23114-4364 |
| 15464862 | + | Future Capital, LLC, 125 West Street, 4th Floor, Annapolis, Maryland 21401-2897 |
| 14895734 | + | Heather Lohrman, 13925 Gorham Lane, Midlothian, VA 23114-4646 |
| 14952293 | | SunTrust Bank, Bankruptcy Department RVW 3034, PO Box 27767 Richmond, VA 23261 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 25 2026 02:39:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14895722 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2026 02:49:46 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14895723 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 25 2026 02:38:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15763650 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 25 2026 02:39:00 | CSMC 2021-RPL8 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14895725 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2026 02:49:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14895728 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2026 02:49:50 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14895729 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2026 02:49:55 | Citibank North America, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14984886 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2026 02:49:55 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14895730 | + | Email/Text: documentfiling@lciinc.com | Mar 25 2026 02:37:00 | Comcast, 5401 Staples Mill Road, Henrico, VA 23228-5443 |
| 15490122 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2026 02:37:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14895732 | | Email/Text: mrdiscen@discover.com | Mar 25 2026 02:37:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850-0000 |
| 14895731 | + | Email/PDF: ais.dtv.ebn@aisinfo.com | Mar 25 2026 02:49:51 | Direct TV, PO Box 11732, Newark, NJ 07101-4732 |

District/off: 0422-7        User: LilianPal        Page 2 of 3

Date Rcvd: Mar 24, 2026        Form ID: nt400815        Total Noticed: 36

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14980715 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2026 02:49:44 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14902402 | | Email/Text: mrdiscen@discover.com | Mar 25 2026 02:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14895733 | | Email/Text: specialhandling@glasserlaw.com | Mar 25 2026 02:37:00 | Glasser & Glasser, 580 E. Main St., Suite 600, Norfolk, VA 23510-0000 |
| 15160787 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2026 02:37:00 | Internal Revenue Service, Centralized Insolvency Operati, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14929739 | + | Email/Text: RASEBN@raslg.com | Mar 25 2026 02:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14895735 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Mar 25 2026 02:37:00 | Mercedes-Benz Fin. Svc., Attn: Bankruptcy Dept, Po Box 685, Roanoke, TX 76262-0685 |
| 14982758 | | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 25 2026 02:49:52 | NAVIENT EARNEST LOAN TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14895736 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 25 2026 02:49:52 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14987732 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2026 02:50:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15160786 | + | Email/Text: joey@rmscollect.com | Mar 25 2026 02:38:00 | Receivables Management Systems, PO Box 73810, N. Chesterfield, VA 23235-8047 |
| 14895738 | + | Email/Text: CSCBNC@cscglobal.com | Mar 25 2026 02:38:00 | ST. Francis Medical Center, 13710 St. Francis Boulevard, Midlothian, VA 23114-3267 |
| 14895737 | + | Email/Text: info@shaferlawfirm.com | Mar 25 2026 02:37:00 | Shafer Law Firm, 2000 RiverEdge Parkway, Suite 590, Atlanta, GA 30328-4618 |
| 14895739 | + | Email/Text: bankruptcy@bbandt.com | Mar 25 2026 02:38:00 | Suntrust Bank, Attn: Bankruptcy, Po Box 85092 Mc Va-Wmrk-7952, Richmond, VA 23285-5092 |
| 15382213 | + | Email/Text: ecfnotices@lawplc.com | Mar 25 2026 02:37:00 | The Charter Colony Foundation, Inc., c/o Edward S. Whitlock, III, Esq., Lafayette, Ayers & Whitlock, PLC, 10160 Staples Mill Road, Suite 105, Glen Allen, VA 23060-3447 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | CSMC 2021-RPL8 Trust |
| cr | | Community Loan Servicing, LLC |
| cr | | Future Capital, LLC |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0422-7                                       User: LilianPal                                       Page 3 of 3

Date Rcvd: Mar 24, 2026                                 Form ID: nt400815                                 Total Noticed: 36

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Mar 26, 2026                          Signature:          /s/Gustava Winters


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

Brian Thomas Gallagher
                          on behalf of Creditor Future Capital  LLC Gallagher@councilbaradel.com

D. Carol Sasser
                          on behalf of Creditor Community Loan Servicing  LLC dsasser@siwpc.com,
                          ewhite@siwpc.com;kgershen@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@s
                          iwpc.com

Daniel Alan Ross
                          on behalf of Creditor Bayview Loan Servicing  LLC dross@ghidottiberger.com,
                          bknotifications@ghidottiberger.com;dross@hillwallack.com

Gregory N. Britto
                          on behalf of Creditor CSMC 2021-RPL8 Trust LOGSECF@logs.com

James E. Kane
                          on behalf of Debtor Andrew A. Lohrman jkane@kaneandpapa.com
                          emejia@kaneandpapa.com,jason.kane@kaneandpapa.com,sfalkowski@kaneandpapa.com,ksmall@kaneandpapa.com,cdonnell@k
                          aneandpapa.com,abryant@kaneandpapa.com

Jeremy Calvin Huang
                          on behalf of Creditor Charter Colony Foundation  Inc. jhuang214@gmail.com, jhuang@rowepllc.com

Josephine E Salmon
                          on behalf of Creditor Community Loan Servicing  LLC bkecfinbox@aldridgepite.com,
                          JES@ecf.inforuptcy.com;bkecfinbox@aldridgepite.com

Keith M. Yacko
                          on behalf of Creditor Bayview Loan Servicing  LLC keiyacko@raslg.com,
                          ecfnotifications@mtglaw.com;kyacko@mtglaw.com;keiyacko@raslg.com

Matthew W. Cheney
                          USTPRegion04.RH.ECF@usdoj.gov

Maurice Belmont VerStandig
                          on behalf of Creditor Future Capital  LLC mac@mbvesq.com,
                          lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael R. Jones
                          ecfrichmond@richchap13.com ecfrichmond@richchap13.com

Susan Hope Call
                          on behalf of Trustee Carl M. Bates susancall@richchap13.com  station15@richchap13.com


TOTAL: 12