**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Andrew A. Lohrman | Social Security number or ITIN   xxx–xx–6415 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Virginia

Case number:   19–33104–KLP

## Discharge of Debtor

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew A. Lohrman

May 11, 2026

**For the court:**   Charri S Stewart
Clerk

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

**Chapter 13 Discharge**

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 19-33104-KLP |
| Andrew A. Lohrman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: LilianPal | Page 1 of 3 |
| Date Rcvd: May 11, 2026 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew A. Lohrman, 8225 Katie Daniel Court, Cumming, GA 30028-1508 |
| cr | + | Charter Colony Foundation, Inc., c/o Chadwick Washington, et al., 3201 Jermantown Road, Suite 600, Fairfax, VA 22030-2879 |
| 14895726 | + | Chadwick, Washington, Moriarty, 201 Concourse Boulevard, Suite 101, Glen Allen, VA 23059-5640 |
| 14895727 | + | Charter Colony Foundation, 3201 Jermantown Road, Suite 600, Fairfax, VA 22030-2879 |
| 14915012 | + | Charter Colony Foundation, 1101 Charter Club Way, Midlothian, VA 23114-4364 |
| 15464862 | + | Future Capital, LLC, 125 West Street, 4th Floor, Annapolis, Maryland 21401-2897 |
| 14895734 | + | Heather Lohrman, 13925 Gorham Lane, Midlothian, VA 23114-4646 |
| 14895737 | + | Shafer Law Firm, 2000 RiverEdge Parkway, Suite 590, Atlanta, GA 30328-4618 |
| 14952293 | | SunTrust Bank, Bankruptcy Department RVW 3034, PO Box 27767 Richmond, VA 23261 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2026 01:06:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14895722 | + | EDI: CITICORP | May 12 2026 04:50:00 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14895723 | + | EDI: TSYS2 | May 12 2026 04:50:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14895724 | + | EDI: LCIBAYLN | May 12 2026 04:50:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, 5th floor, Coral Gables, FL 33146-1873 |
| 14987073 | + | EDI: LCIBAYLN | May 12 2026 04:50:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 15763650 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2026 01:06:00 | CSMC 2021-RPL8 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14895725 | + | EDI: CAPITALONE.COM | May 12 2026 04:50:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14895728 | + | EDI: JPMORGANCHASE | May 12 2026 04:50:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14895729 | + | EDI: CITICORP | May 12 2026 04:50:00 | Citibank North America, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14984886 | + | EDI: CITICORP | May 12 2026 04:50:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14895730 | + | EDI: COMCASTCBLCENT | May 12 2026 04:50:00 | Comcast, 5401 Staples Mill Road, Henrico, VA 23228-5443 |
| 15490122 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 12 2026 01:05:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |

| 14895732 | EDI: DISCOVER | May 12 2026 04:50:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850-0000 |
|---|---|---|---|
| 14895731 | + EDI: DIRECTV.COM | May 12 2026 04:50:00 | Direct TV, PO Box 11732, Newark, NJ 07101-4732 |
| 14980715 | + EDI: AIS.COM | May 12 2026 04:50:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14902402 | EDI: DISCOVER | May 12 2026 04:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14895733 | Email/Text: specialhandling@glasserlaw.com | May 12 2026 01:04:00 | Glasser & Glasser, 580 E. Main St., Suite 600, Norfolk, VA 23510-0000 |
| 15160787 | EDI: IRS.COM | May 12 2026 04:50:00 | Internal Revenue Service, Centralized Insolvency Operati, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14929739 | + Email/Text: RASEBN@raslg.com | May 12 2026 01:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14895735 | + EDI: MERCEDES | May 12 2026 04:50:00 | Mercedes-Benz Fin. Svc., Attn: Bankruptcy Dept, Po Box 685, Roanoke, TX 76262-0685 |
| 14982758 | Email/PDF: Bankruptcy_Prod@mohela.com | May 12 2026 01:09:57 | NAVIENT EARNEST LOAN TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14895736 | + Email/PDF: Bankruptcy_Prod@mohela.com | May 12 2026 01:09:57 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14987732 | EDI: PRA.COM | May 12 2026 04:50:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15160786 | + Email/Text: joey@rmscollect.com | May 12 2026 01:06:00 | Receivables Management Systems, PO Box 73810, N. Chesterfield, VA 23235-8047 |
| 14895738 | + Email/Text: CSCBNC@cscglobal.com | May 12 2026 01:05:00 | ST. Francis Medical Center, 13710 St. Francis Boulevard, Midlothian, VA 23114-3267 |
| 14895739 | + Email/Text: bankruptcy@bbandt.com | May 12 2026 01:05:00 | Suntrust Bank, Attn: Bankruptcy, Po Box 85092 Mc Va-Wmrk-7952, Richmond, VA 23285-5092 |
| 15382213 | + Email/Text: ecfnotices@lawplc.com | May 12 2026 01:05:00 | The Charter Colony Foundation, Inc., c/o Edward S. Whitlock, III, Esq., Lafayette, Ayers & Whitlock, PLC, 10160 Staples Mill Road, Suite 105, Glen Allen, VA 23060-3447 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | CSMC 2021-RPL8 Trust |
| cr | | Community Loan Servicing, LLC |
| cr | | Future Capital, LLC |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0422-7            User: LilianPal            Page 3 of 3

Date Rcvd: May 11, 2026            Form ID: 3180W            Total Noticed: 36

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

**Name**            **Email Address**

Brian Thomas Gallagher
       on behalf of Creditor Future Capital  LLC Gallagher@councilbaradel.com

D. Carol Sasser
       on behalf of Creditor Community Loan Servicing  LLC dsasser@siwpc.com,
       ewhite@siwpc.com;kgershen@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Daniel Alan Ross
       on behalf of Creditor Bayview Loan Servicing  LLC dross@ghidottiberger.com,
       bknotifications@ghidottiberger.com;dross@hillwallack.com

Gregory N. Britto
       on behalf of Creditor CSMC 2021-RPL8 Trust LOGSECF@logs.com

James E. Kane
       on behalf of Debtor Andrew A. Lohrman jkane@kaneandpapa.com
       emejia@kaneandpapa.com,jason.kane@kaneandpapa.com,sfalkowski@kaneandpapa.com,ksmall@kaneandpapa.com,cdonnell@kaneandpapa.com,abryant@kaneandpapa.com

Jeremy Calvin Huang
       on behalf of Creditor Charter Colony Foundation  Inc. jhuang214@gmail.com, jhuang@rowepllc.com

Josephine E Salmon
       on behalf of Creditor Community Loan Servicing  LLC bkecfinbox@aldridgepite.com,
       JES@ecf.inforuptcy.com;bkecfinbox@aldridgepite.com

Keith M. Yacko
       on behalf of Creditor Bayview Loan Servicing  LLC keiyacko@raslg.com,
       ecfnotifications@mtglaw.com;kyacko@mtglaw.com;keiyacko@raslg.com

Matthew W. Cheney
       USTPRegion04.RH.ECF@usdoj.gov

Maurice Belmont VerStandig
       on behalf of Creditor Future Capital  LLC mac@mbvesq.com,
       lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael R. Jones
       ecfrichmond@richchap13.com ecfrichmond@richchap13.com

Susan Hope Call
       on behalf of Trustee Carl M. Bates susancall@richchap13.com station15@richchap13.com

TOTAL: 12