**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:

    Andrew A. Lohrman

    Debtor(s)

Case No. 19-33104-KLP

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Michael R Jones, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 06/11/2019.

2)  The plan was confirmed on 11/21/2019.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/02/2021.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was completed on 03/23/2026.

6)  Number of months from filing or conversion to last payment: 81.

7)  Number of months case was pending: 84.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $5,430.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $113,320.00 | |
| Less amount refunded to debtor | $5.02 | |
| **NET RECEIPTS:** | | **$113,314.98** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $5,296.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $8,079.64 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$13,375.64** |

Attorney fees paid and disclosed by debtor:     $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Allied Servicing Coporation | Secured | 97,689.00 | 12,840.44 | 12,840.44 | 3,996.23 | 0.00 |
| American InfoSource LP as agent for Dire | Unsecured | 312.00 | 311.76 | 311.76 | 311.76 | 0.00 |
| Andrew A Lohrman | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AT AND T Universal Citi Card | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Barclays Bank Delaware | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bayview Financial Loan | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bayview Loan Servicing LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Chadwick Washington Moriarty | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Charter Colony Foundation | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Charter Colony Foundation | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Charter Colony Foundation Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Chase Bank USA, N.A. c/o JP Morgan Ch | Unsecured | 20,986.00 | 20,985.58 | 20,985.58 | 20,985.58 | 0.00 |
| Chase Card Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Citibank North America | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Citibank, N.A.-Exception Payments | Unsecured | 11,660.00 | 11,659.78 | 11,659.78 | 11,659.78 | 0.00 |
| Citibank, N.A.-Exception Payments | Unsecured | 6,497.00 | 6,497.45 | 6,497.45 | 6,497.45 | 0.00 |
| Comcast | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Community Loan Servicing LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CSMC 2021 RPL8 Trust | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Direct TV | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Directv LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Discover Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Discover Bank/Dfs Services LLC | Unsecured | 13,217.00 | 13,216.55 | 13,216.55 | 13,216.55 | 0.00 |
| DISCOVER FINANCIAL SERVICES LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EDWARD S. WHITLOCK, III, ESQ | Secured | 2,000.00 | 2,411.84 | 2,411.84 | 2,411.84 | 0.00 |
| Future Capital LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GLASSER AND GLASSER P L C | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Heather Lohrman | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | 7,000.00 | 4,080.77 | 4,080.77 | 4,080.77 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 3,522.40 | 3,522.40 | 3,522.40 | 0.00 |
| James E Kane | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JPMorgan Chase Bank NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Mercedes Benz Fin Svc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Navient | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NAVIENT EARNEST LOAN TRUST | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Navient Solutions, Inc | Unsecured | 58,173.00 | 58,173.38 | 58,173.38 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, I | Unsecured | 13,863.00 | 13,862.81 | 13,862.81 | 13,862.81 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, I | Unsecured | 19,394.00 | 19,394.17 | 19,394.17 | 19,394.17 | 0.00 |
| Receivables Management Systems | Unsecured | 1,174.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing | Secured | 214,434.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Shafer Law Firm | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| St Francis Medical Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SunTrust Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Suntrust Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| The Charter Colony Foundation Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $12,840.44 | $3,996.23 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,411.84 | $2,411.84 | $0.00 |
| **TOTAL SECURED:** | **$15,252.28** | **$6,408.07** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,080.77 | $4,080.77 | $0.00 |
| **TOTAL PRIORITY:** | **$4,080.77** | **$4,080.77** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$147,623.88** | **$89,450.50** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $13,375.64 |
| Disbursements to Creditors | $99,939.34 |
| | |
| **TOTAL DISBURSEMENTS :** | **$113,314.98** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/03/2026                    By: /s/ Michael R Jones
                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**